# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 12-1350

———————

United States of America,

        Appellee,

v.

Israel Martinez,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the Eastern
\*  District of Arkansas.
\*
\*  [UNPUBLISHED]
\*

———————

Submitted: July 3, 2012
Filed: July 10, 2012

———————

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

———————

PER CURIAM.


Israel Martinez pleaded guilty to one count of possession with intent to distribute at least 50 grams of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). The district court[1] sentenced him to 150 months in prison and 5 years of supervised release. On appeal, Martinez's counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967).

———————————

[1] The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.

Upon careful review, we conclude that the district court, in sentencing Martinez, committed no procedural error and imposed a substantively reasonable sentence. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (in reviewing sentences, appellate court first ensures that no significant procedural error occurred, then considers substantive reasonableness of sentence under abuse-of-discretion standard, taking into account totality of circumstances; if sentence is within Guidelines range, appellate court may apply presumption of reasonableness).

Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issue for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____